UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:  Case No. 10-33794-pp

**CORY D. KLECKLEY,**   SS # XXX-XX-8538

        Defendant,

STATE OF WISCONSIN,
DEPARTMENT OF WORKFORCE DEVELOPMENT,   Adversary No. 10-02545-pp

        Plaintiff,

vs.

**CORY D. KLECKLEY,**
        Defendant.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the Wisconsin Department of Workforce Development (department), by its attorney, David A. Lange, and the defendant, Cory D. Kleckley, both personally and by Attorney Anton Bates Nickolai, as follows:

1. The defendant agrees to the entry of judgment in this adversary proceeding upon the following conditions of this stipulation.

2. The defendant agrees to the entry of a judgment of nondischargeability of the debt alleged herein in the amount of $10,729, benefit overpayment, plus the $250 filing fee in this matter, pursuant to §523(a)(2)(A) and §1328(a)(2) of the Bankruptcy Code.

3. The department agrees that it will accept payments equal to the amount that the department is entitled to receive pursuant to the defendant's confirmed Chapter 13 Plan.

David A. Lange,
Attorney, Bureau of Legal Affairs
Department of Workforce Development
201 E Washington AVE, PO BOX 8942
Madison WI 53708
Tel. Ref. No. 608-266-3171 ~ Fax No.: 608-266-8221
e-mail address: DavidA.Lange@dwd.state.wi.us

Said plan payments shall continue until the defendant receives a discharge or the defendant's Chapter 13 bankruptcy case is dismissed. Upon defendant receiving a discharge or having his Chapter 13 case dismissed, the department may at that time take any and all appropriate involuntary collection action to collect the remaining balance on this nondischargeable debt, unless defendant has made further payment arrangements with the department at that time.

4. The defendant may prepay at any time. This amount shall remain permanent in view of the fact of the amounts being paid. Upon full payment of this debt, the department shall issue a satisfaction of any and all liens that have been filed to secure this debt within a reasonable period of time.

Dated this 23rd day of February, 2011. For the Department of Workforce Development:

David A. Lange,
Attorney, Bureau of Legal Affairs
201 E. Washington AVE
PO Box 8942
Madison WI 53708
State Bar No. 1008866
Tel. Ref. No. 608-266-3171
Fax No. 608-266-8221

Dated this 28th day of February, 2011.

Anton Bates Nickolai, Attorney for the Defendant,
Cory D. Kleckley